

**ORDERED in the Southern District of Florida on May 10, 2023.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                     Case No.: 23-13637-PGH

Martha Medina,
                                                                   Chapter 7
        Debtor.
_____/

## ORDER GRANTING APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED (ECF NO. 5)

**THIS MATTER** came before the Court upon the above captioned debtor's (the "Debtor") *Application to Have the Chapter 7 Filing Fee Waived* (the "Application") (ECF No. 5). The Court, having considered the Application and being otherwise fully advised in the premises, hereby:

**ORDERS AND ADJUDGES** that:

1.    The Application is **GRANTED**.

2

2. This Order is subject to being vacated at a later time if developments in the bankruptcy case demonstrate that the waiver was unwarranted.

###

Copies Furnished To:

Martha Medina
2722 NW 4th Terr
Miami, FL 33125

Jose Sabatier, Esq.

Barry E Mukamal, Trustee

AUST7