United States Bankruptcy Court

Southern District of Florida

In re:  
Martha Medina  
    Debtor

Case No. 23-13637-CLC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 12, 2023      Form ID: CGFD65      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martha Medina, 2722 NW 4th Ter, Miami, FL 33125-4341 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Jun 12 2023 23:20:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| 96945458 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 12 2023 23:20:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 96945459 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2023 23:45:02 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 96945460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2023 23:45:10 | CAP ONE, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 96945463 | | Email/Text: cfcbackoffice@contfinco.com | Jun 12 2023 23:21:00 | Continental Finance Company, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 96945461 | + | Email/Text: bankruptcy@cavps.com | Jun 12 2023 23:21:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste. 4A, Valhalla, NY 10595-2323 |
| 96945462 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 12 2023 23:21:00 | Comenity Bank/VCTRSSEC, 3095 Loyalty Circle, Building A, Columbus, TX 43219-3673 |
| 96945464 | + | Email/Text: mrdiscen@discover.com | Jun 12 2023 23:20:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 96945465 | | Email/Text: BNSFN@capitalsvcs.com | Jun 12 2023 23:20:00 | First National Credit CA, 1500 S Highline Ave, Sioux Falls, SD 57110 |
| 96945466 | | Email/Text: BNSFS@capitalsvcs.com | Jun 12 2023 23:20:00 | First Savings Credit Card, 1500 S Highline Ave, Sioux Falls, SD 57110 |
| 96945467 | ^ | MEBN | Jun 12 2023 23:19:04 | Hayt, Hayt, & Landau, P.L., 7765 SW 87th Ave, Suite 101, Miami, FL 33173-2535 |
| 96945468 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 12 2023 23:20:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 96945469 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2023 23:45:00 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 96945470 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2023 23:46:35 | Macys/Citibank NA, PO Box 8218, Mason, OH 45040-8218 |
| 96945471 | + | Email/Text: info@mandarichlaw.com | Jun 12 2023 23:21:00 | Mandarich Law Group, PO Box 952289, Lake |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2023 | Form ID: CGFD65 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Mary, FL 32795-2289 |
| 96945472 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2023 23:45:12 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 96945478 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2023 23:57:53 | SYNCB/OLD NAVY, PO BOX 965005, Orlando, FL 32896-5005 |
| 96945479 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2023 23:45:34 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 96945474 | + | Email/Text: bankruptcy@wofco.com | Jun 12 2023 23:20:00 | Setoyota Fin DBA OF WOFC, PO Box 91614, Mobile, AL 36691-1614 |
| 96945476 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2023 23:57:49 | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 96945477 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2023 23:45:43 | Syncb/GAP, PO Box 965005, Orlando, FL 32896-5005 |
| 96945480 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2023 23:45:49 | Syncb/TJX CO DC, PO Box 71737, Philadelphia, PA 19176-1737 |
| 96945481 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2023 23:44:58 | Syncb/Walmart Dual Card, PO Box 71746, Philadelphia, PA 19176-1746 |
| 96945482 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2023 23:57:45 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 96945483 | + | Email/Text: bkfilings@zwickerpc.com | Jun 12 2023 23:21:00 | Zwicker & Associates, P.C., 700 W. Hillsboro Blvd. Bldg. 2, Ste. 201, Deerfield Beach, FL 33441-1616 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96945473 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 96945475 | *+ | Setoyota Fin DBA OF WOFC, PO Box 91614, Mobile, AL 36691-1614 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2023         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry E Mukamal | bemtrustee@kapilamukamal.com  FL64@ecfcbis.com |

District/off: 113C-1                            User: admin                                    Page 3 of 3
Date Rcvd: Jun 12, 2023                         Form ID: CGFD65                                Total Noticed: 26

Jose Sabatier
                        on behalf of Debtor Martha Medina jsabatier@legalservicesmiami.org

Office of the US Trustee
                        USTPRegion21.MM.ECF@usdoj.gov

TOTAL: 3

CGFD65 (10/01/16)



**ORDERED in the Southern District of Florida on June 12, 2023**

**Corali Lopez–Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 23–13637–CLC**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Martha Medina
2722 NW 4th Ter
Miami, FL 33125

SSN: xxx–xx–8760

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

   Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

    The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

*###*

\* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*