Certificate Number: 03621-FLS-DE-037520912

Bankruptcy Case Number: 23-13637



03621-FLS-DE-037520912

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2023, at 7:34 o'clock PM EDT, Martha S Medina completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   June 18, 2023                By:    /s/Damaris Soto

                                     Name:  Damaris Soto

                                     Title: Credit Counselor